UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 95-622-RSWL ) ) ORDER RE: REDUCTION OF ) SENTENCE PURSUANT TO 18 ) U.S.C. § 3582(C)(2) ) |
| Plaintiff, | |
| v. | ) ) |
| BRIAN KEITH DAVIS, | ) ) |
| Defendant. | ) |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. § 3582(c)(2) and § 1B1.10 of the sentencing guidelines (as effective March 3, 2008), that defendant's sentence shall be reduced from 262 months imprisonment to 210 months imprisonment, with all other conditions of defendant's previously imposed sentence to remain the same.

**IT IS FURTHER ORDERED** that this order shall be void and without effect if, at any time prior to defendant's release, either the Sentencing Commission or Congress takes action that renders Amendment 706 to the sentencing guidelines no longer retroactive in application.

The Court recognizes that, based on the applicable case law, a hearing is not necessary in order to reduce defendant's sentence under 18 U.S.C. § 3582(c)(2). See, e.g., Anderson v. United States, 241 Fed. Appx. 625, 629 (11th Cir. July 18, 2007) (unpublished) ("Under Federal Rule of Criminal Procedure 43(b)(4), a defendant's presence at a § 3582(c) sentence correction proceeding is not required") (emphasis in original); United States v. Legree, 205 F.3d 724, 730 (4th Cir. 2000) ("a judge need not hold a hearing when considering a Section 3582 motion"); United States v. Tidwell, 178 F.3d 946, 949 (7th Cir. 1999) (same, noting that "a proceeding under 18 U.S.C. § 3582(c) is not a do-over of an original sentencing proceeding where a defendant is cloaked in rights mandated by statutory law and the Constitution"); United States v. Whitebird, 55 F.3d 1007, 1011 (5th Cir. 1995) (limited scope of a Section 3582 proceeding, which is "not a second opportunity to present mitigating factors to the sentencing judge" but "is simply a vehicle through which appropriately sentenced prisoners can urge the court to exercise leniency to give certain defendants the benefits of an amendment to the Guidelines").

**IT IS SO ORDERED.**

_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATE: April 30, 2008