**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | ) | CR 95-622 RSWL |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER RE: Defendant** |
| v. | ) | **Brian Keith Davis'** |
| | ) | **Motion to Modify Term of** |
| Brian Keith Davis | ) | **Imprisonment Pursuant to** |
| | ) | **U.S.C. § 3582(c)(2)** |
| Defendant. | ) | |

The Court is in receipt of Defendant Brian Keith Davis' Motion to Modify Term of Imprisonment pursuant to 18 U.S.C. § 3582(c)(2), filed on November 01, 2010. Defendant asserts that his sentence of 210 months should be reduced to 110 months under new sentencing guidelines. The Court sets a briefing schedule regarding this Motion and hereby orders the Government to submit its Opposition to the Court regarding Defendant's Motion to Modify Term of Imprisonment no later than December 10, 2010.

///

Any Reply brief must be filed with the Court no later than January 10, 2011.

DATED: November 10, 2010

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge